UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

CITATION / CASE NO. 5:04 mj 2001 TAG

## ORDER TO PAY

_Hector Castillo_

SOCIAL SECURITY #: 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
DATE of BIRTH: 5-19-66
DRIVER'S LICENSE #: C3545007
ADDRESS: 39419 Colchester CT
Palmdale      CA       93551
City           State           Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 6-14-05      _Hector Castillo_
                    DEFENDANT'S SIGNATURE

## YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

CITATION / CASE NO: _____     FINE 249.75    ASGMT 10.00
CITATION / CASE NO: _____     FINE _____    ASGMT _____

(✓) **FINE TOTAL** of $ 249.75 and a penalty assessment of $ 10.00 within 30 (days)/months or payments of $_____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
(✓) **COMMUNITY SERVICE** 37 hours converted to fine with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982

CLERK, USDC
501 "I" St., #4200
Sacramento, CA 95814

**CLERK, USDC**
**1130 O Street, Rm 5000**
**Fresno, CA 93721**

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 6-14-05      _Teresa A. Soldner_
                    U.S. MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97